UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CATHY A. RUSSELL,**

    **Plaintiff,**

vs.                              Case No. 3:22-cv-03136-TKW-HTC

**RER LLC,**
**and AILEEN RUESS,**
**individually,**

    **Defendants.**
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, CATHY A. RUSSELL, and Defendants, RER LLC and AILEEN RUESS, have agreed to settle Plaintiff's claims against Defendants. Pursuant to *Lynn's Foods Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the Fair Labor Standards Act may be settled or compromised only with the approval of the Court or the Secretary of Labor. To that end, the Parties are in the process of executing a settlement agreement and preparing the Joint Motion for Approval of the Settlement and Dismissal with Prejudice which will be filed soon.

1

20008397-1

Dated: April 28, 2022.

>Respectfully submitted,
>
>By: /s/ Jessica M. Farrelly
>JESSICA M. FARRELLY, ESQ.
>Florida Bar. No.: 0103055
>FREEMAN MATHIS & GARY, LLP
>2502 N. Rocky Point Drive, Suite 860
>Tampa, Florida 33607
>Tel: (813) 774-6363
>Fax: (833) 330-0369
>jfarrelly@fmglaw.com
>kjones@fmglaw.com
>*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's counsel: Zandro E. Palma, Zandro E. Palma, P.A., 9100 S. Dadeland Blvd., Ste 1500, Miami, Florida 33156 at zep@thepalmalawgroup.com.

>By: /s/ Jessica M. Farrelly
>JESSICA M. FARRELLY, ESQ.
>Florida Bar. No.: 0103055

20008397-1