# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CATHY A. RUSSELL**,

    **Plaintiff**,

**v.**                                                                                    **Case No. 3:22cv3136-TKW-HTC**

**RER LLC** and **AILEEN RUESS**,

    **Defendants**.

_____/

## ORDER

Based on the parties' notices of settlement (Docs. 6, 7), it is **ORDERED** that the parties shall file a status report 30 days from the date of this Order if a motion to approve the settlement is not filed by then.

**DONE and ORDERED** this 28th day of April, 2022.

_T. Kent Wetherell, II_

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**