UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CATHY A. RUSSELL**,

    **Plaintiff**,

v.                                                                                  Case No. 3:22cv3136-TKW-HTC

**RER LLC** and **AILEEN RUESS**,

    **Defendants**.

_____/

### ORDER APPROVING
### SETLEMENT AGREEMENT AND DISMISSING CASE

    This Fair Labor Standards Act (FLSA) case is before the Court on the parties' joint motion for approval of settlement agreement and dismissal with prejudice (Doc. 9). Upon due consideration of the motion, and after scrutinizing the settlement agreement attached to the motion for fairness, the Court finds that the settlement reached by the parties is a fair and reasonable resolution of a bona fide dispute over Plaintiff's entitlement to overtime compensation under the FLSA. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353-54 (11th Cir. 1982). Accordingly, it is **ORDERED** that:

    1.    The joint motion for approval of settlement agreement is **GRANTED**, and the parties' settlement agreement is **APPROVED**.

2. This case is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 2nd day of May, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**